FILED / ENTERED / RECEIVED / SERVED ON
MAY 06 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 1:14CR00447-1
DOCKET NUMBER (Rec. Court): 2:25-cr-00128-CDS-DJA-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Hanthavixay Thammavongxay<br>D/NV | Middle District of North Carolina | Winston-Salem |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Catherine C. Eagles | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/25/2024 — TO 9/24/2027 |

**OFFENSE**
21 U.S.C. 846 and 841(a)(1) and (b)(1)(D) Attempt to Possess with Intent to Distribute Marijuana; 18 U.S.C. 922(g)(1) and 924(a)(2) Possession of Firearms by a Convicted Felon.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of Supervision

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  MIDDLE DISTRICT  DISTRICT OF  NORTH CAROLINA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   DISTRICT OF NEVADA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/29/25
*Date*

*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 14, 2025
*Effective Date*

*United States District Judge*